Preston L. SCHOFIELD,
Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2010–7008.

United States Court of Appeals,
Federal Circuit.

Dec. 17, 2009.

Preston L. Schofield, Sanford, FL, pro se.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Phillip MILLER, Petitioner,

v.

DEPARTMENT OF the INTERIOR,
Respondent.

No. 2008–3310.

United States Court of Appeals,
Federal Circuit.

Dec. 18, 2009.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to voluntarily dismiss this appeal from *Miller v. Department of the Interior,* FMCS No. 08–51296–3,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.